UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. HALEEK STATE
Crim. No. 07-143 (SRC), SBI# 513142C, DOB 10/11/1985

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. Haleek State, SBI# 513142C, DOB 10/11/1985 (hereinafter the "Detainee") is now confined at the New Jersey Department of Corrections, New Jersey State Prison.

2. The Detainee is charged in this District by Indictment with a violation of 18 U.S.C. §§ 1962 & 1963.

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required in **Newark, New Jersey**, before the Hon. Stanley R. Chesler, U.S.D.J., on **Thursday, July 19, 2012, at 11:00 am**, for a Sentencing Hearing. A Writ of Habeas Corpus should be issued for that purpose.

DATED: July 18, 2012

S:\MELISSA L. JAMPOL
Melissa Jampol
Assistant U.S. Attorney
Petitioner (973) 645-2772

## ORDER

Let the Writ Issue.
DATED: 7/18/2012

_____
STANLEY R. CHESLER
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the New Jersey Department of Corrections, New Jersey State Prison:

WE COMMAND YOU that you have the body of

**Haleek State, SBI#513142C, DOB 10/11/1985**

now confined at the NEW JERSEY DEPARTMENT OF CORRECTIONS, NEW JERSEY STATE PRISON, brought before the **United States District Court, the Hon. Stanley R. Chesler, U.S.D.J., at Newark, NJ, on Thursday, July 19, 2012, at 11:00 am**, so that the Detainee may attend a Sentencing Hearing in the above-captioned matter. Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey

DATED: 7/18/2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk